Tracy D. CRISCO, Plaintiff Below–Appellant,

v.

1. By Order dated August 19, 2015, the Court sua sponte assigned pseudonyms to the parties Supr. Ct. R. 7(d).

STATE FARM MUTUAL AUTOMO-
BILE INSURANCE COMPANY,
Defendant Below–Appellee.

No. 521, 2015

Supreme Court of Delaware.

Submitted: February 5, 2016

Decided: April 8, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. K13C–08–019

AFFIRMED.